THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 
 
 

v.

 
 
 
 Minnie Richardson, Appellant.
 
 
 

Appeal From Lancaster County
Paul E. Short, Circuit Court Judge

Unpublished Opinion No. 2006-UP-035
Submitted January 3, 2006  Filed January 13, 2006

APPEAL DISMISSED

 
 
 
 Assistant Appellate Defender Tara S. Taggart, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, and Assistant Deputy Attorney General Salley W. Elliott, all of Columbia; Solicitor John R. Justice, of Chester, for Respondent.
 
 
 

PER CURIAM:  Minnie Richardson appeals her convictions for two counts of distribution of crack cocaine and one count of simple possession of crack cocaine.  Counsel for Richardson attached to the final brief a petition to be relieved as counsel.  Richardson did not file a separate pro se response.
After a thorough review of the record as required by Anders v. California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss Richardsons appeal and grant counsels petition to be relieved.[1] 
APPEAL DISMISSED.
STILWELL, KITTREDGE, and WILLIAMS, JJ., concur.

[1]  We decide this case without oral argument pursuant to Rule 215, SCACR.